**IT IS ORDERED as set forth below:**



Date: August 11, 2023

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-56501 |
| **CUREPOINT, LLC,** | **CHAPTER 11** |
| Debtor. | **JUDGE BAISIER** |
| **DAVID A. WENDER, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE,** | **ADVERSARY PROCEEDING NO.:** 22-05171-PMB |
| Plaintiff, v. | |
| **CLG SERVICING LLC,** | |
| Defendant. | |

**ORDER AND NOTICE OF VIRTUAL
HEARING ON INTERVENORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING INTERVENTION IN ADVERSARY
PROCEEDING AND SETTING DEADLINE FOR OBJECTIONS OR RESPONSES**

On August 4, 2023, Thomas E. Austin, Jr. ("Intervenors' Counsel"), counsel for Frank

Andrews, Adam Gefvert, Jeannine Gurian, Philip Gurian, Nicole Helton, Robert Levy, Karen

1

Miller, OBT Management LLC ("Intervenors") filed a *Motion for Entry of an Order Pursuant to Federal Rule of Civil Procedure 24 and Federal Rule of Bankruptcy Procedure 7024 Authorizing Intervention in Adversary Proceeding* (Docket No. 23)("Motion"). On August 9, 2023, Intervenors' Counsel contacted the Court indicating that parties agreed and were requesting a specially set hearing date regarding the Motion. After review of the matters, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Court will hold a **virtual hearing** regarding the Motion on the **25th day of August 2023, commencing at 10:00 A.M. via Judge Baisier's Virtual Hearing Room.**[1]  It is further

**ORDERED** that the deadline for filing objections or responses to the Motion is **August 18, 2023**.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss the Motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the pleading or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

---

[1] The link for the Virtual Hearing Room can be found on Judge Baisier's webpage at https://www.ganb.uscourts.gov/content/honorable-paul-m-baisier and is best used on a desktop or laptop computer but may be used on a phone or tablet.  Participants' devices must have a camera and audio.

2

Intervenors' Counsel shall serve a copy of this Order and Notice of Virtual Hearing on all parties-in-interest within three (3) business days of entry and promptly thereafter file a certificate of service evidencing the method and manner of service.

**[END OF DOCUMENT]**